1  Joseph F. Schmitt, Esq.
   Nevada Bar No. 9681
2  LERNER & ROWE INJURY ATTORNEYS
   4795 South Durango Drive
3  Las Vegas, Nevada 89147
4  Telephone:  (702) 877-1500
   Facsimile:  (702) 941-5138
5  E-mail: jschmitt@lernerandrowe.com
   Attorneys for Plaintiff
6

7                    IN THE UNITED STATE DISTRICT COURT
                        FOR THE DISTRICT OF NEVADA
8

9  GINA VENDITTI, individually,                 CASE NO.: 2:23-CV-00051-JAD-BNW

10                Plaintiff,

11  vs.

12  WALMART INC., a Delaware corporation; DOE
    EMPLOYEE; DOES I-V; and ROE
13  CORPORATIONS I-V, inclusive,

14                Defendants.

15                    **SUBSTITUTION OF ATTORNEY**

16        Plaintiff GINA VENDITTI hereby substitutes JOSHUA BENSON, ESQ. of BENSON

17  ALLRED INJURY LAW, located at 333 North Rancho Dr., Ste. 420, Las Vegas, Nevada 89106,

18  Telephone 702-820-0000, as attorney of record in place and stead of Joseph F. Schmitt, Esq. of

19  Lerner & Rowe Injury Attorneys.

20        1-12-2023
          Dated                                 Gina Venditti, Plaintiff
21

22  I consent to the above substitution.

23        January 12, 2023
          Dated                                 Joseph F. Schmitt, Esq.
24

25  I am duly admitted to practice in this District. Above substitution accepted.

26        1-12-2023
          Dated                                 Joshua Benson, Esq.
27

   Please check one:  _X_ RETAINED, or _____ APPOINTED BY THE COURT.
28
                              **ORDER**
                     IT IS SO ORDERED
                     **DATED:** 10:50 am, January 13, 2023

                     **BRENDA WEKSLER**
                     **UNITED STATES MAGISTRATE JUDGE**